1
2
3
4
5
6
7

O

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,           )
                                         )
12              Plaintiff,               )          SA 08-40M
                                         )
13        v.                             )   ORDER OF DETENTION AFTER HEARING
                                         )          (18 U.S.C. § 3142(i))
14   RAUL AGUILAR-SEGURA,                )
                                         )
15              Defendant.               )
     _____)

16

17                                       I.

18   A. ( ) On motion of the Government involving an alleged

19        1. ( )  crime of violence;

20        2. ( )  offense with maximum sentence of life imprisonment or death;

21        3. ( )   narcotics or controlled substance offense with maximum sentence of ten or more years

22                 (21 U.S.C. §§  801,/951, et. seq.,/955a);

23        4. ( )  felony - defendant convicted of two or more prior offenses described above.

24   B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25        1. ( X )    serious risk defendant will flee;

26        2. ( )  serious risk defendant will

27             a. ( )   obstruct or attempt to obstruct justice;

28             b. ( )   threaten, injure, or intimidate a prospective  witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonable assure:

A.  ( X )    appearance of defendant as required; and/or

B.  ( ) safety of any person or the community;

III.

The Court has considered:

A.  ( x ) the nature and circumstances of the offense;

B.  (x) the weight of evidence against the defendant;

C.  (x) the history and characteristics of the defendant;

D.  ( ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A.  ( ) Defendant poses a risk to the safety of other persons or the community because:


B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:
    **Defendant is undocumented.  He has no ties to the community and no bail
    resources.**


C.  ( ) A serious risk exists that defendant will:

    1. ( )   obstruct  or  attempt to  obstruct  justice;

    2. ( )   threaten, injure or intimidate a witness/ juror; because:


D.  ( ) Defendant has  not  rebutted  by  sufficient  evidence  to  the  contrary the presumption
    provided in 18 U.S.C. § 3142 (e).

///

///

///

///

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5  consultation with his counsel.

6

7

8  Dated: February 1, 2008

9  _____

10  Marc L. Goldman
   U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28